IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JASMINE THOMPSON,  )<br>　　Plaintiff,　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)　　No. 2:25-cv-02817-SHL-atc<br>EXTO INC. d/b/a ATLAS; EXPERIAN　)<br>INFORMATION SOLUTIONS, INC.; and )<br>TRANSUNION, LLC,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　Defendants.　　　　　　　　　　)| |

**ORDER DISMISSING DEFENDANT EXTO INC. D/B/A ATLAS
WITHOUT PREJUDICE**

　　Plaintiff Jasmine Thompson filed a Notice of Dismissal as to Defendant Exto Inc. d/b/a Atlas ("Exto"), on November 4, 2025. (ECF No. 12.) In cases with multiple defendants, "Rule 21 provides the appropriate basis for dismissal of a single defendant." Henderson-Thompson v. Jardoin, No. 2:22-cv-2013-MSN-cgc, 2022 WL 349896, at *2 (W.D. Tenn. Feb. 4, 2022) (citing Philip Carey Mfg. Co. v. Taylor, 286 F.2d 782, 785 (6th Cir. 1961)); see also Wilkerson v. Brakebill, No. 3:15-CV-435-TAV-CCS, 2017 WL 401212, at *2 (E.D. Tenn. Jan. 30, 2017) (collecting district court cases from within the Sixth Circuit that recognize that Federal Rule of Civil Procedure 21, rather than Rule 41, is applicable when dismissing a single claim or defendant rather than an entire lawsuit). Rule 21 provides that, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Dropping parties under Rule 21 functions as a dismissal of the party. See Henderson-Thompson, 2022 WL 349896, at *2.

　　Thus, all claims against Exto are **DISMISSED WITHOUT PREJUDICE**. This dismissal does not apply to Thompson's claims against Defendant Experian Information Solutions, Inc.

**IT IS SO ORDERED,** this 6th day of November, 2025.

                                              s/ Sheryl H. Lipman
                                              SHERYL H. LIPMAN
                                              CHIEF UNITED STATES DISTRICT JUDGE